```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 6, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GEO-GROUP COMMUNICATIONS, INC.,

                Plaintiff,

-v.-

RAVI CHOPRA; MAHENDRA SHAH; VIPIN SHAH; 728 MELVILLE PETRO LLC; KEDIS ENTERPRISES LLC; JMVD HILLSIDE LLC; NYC TELECOMMUNICATIONS CORP.; and SHALU SURI,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Index No. 15-cv-01756 (KPF)

**STIPULATION AND ORDER CONCERNING PLAINTIFF'S WITHDRAWAL OF CERTAIN CLAIMS FOR RELIEF**

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective attorneys that:

      1.     Plaintiff Geo-Group Communications, Inc. withdraws against each of the defendants, with prejudice, its claims for relief for Count II, Count III, Count IV and Count V of the Second Amended Verified Complaint (Dkt. 24).

      2.     This Stipulation may be signed in counterparts, and signatures evidenced by a facsimile or PDF copy of a signature page shall have the same

force and effect as original signatures.

LOREE & LOREE

By: _____
Philip J. Loree Jr.
7 Bayview Terrace
Manhasset, New York
11030
(516) 627-1720
PJL1@LoreeLawFirm.com

*Attorneys for Plaintiff Geo-Group Communications, Inc.*

Dated: September 29, 2015

THE SOLOVAY PRACTICE

Norman Solovay
260 Madison Avenue
15th Fl.
New York, New York
10016
(646) 278-4295

*Attorneys for Plaintiff Geo-Group Communications, Inc.*

EMOUNA & MIKHAIL, PC

By: _____
Matin Emouna
110 Old Country Rd.
Suite 3
Mineola, NY 11501
(516)-877-9111
Fax: (516)-877-9112
emounalaw@aol.com
*Attorneys for Defendants Ravi Chopra and New York City Telecommunications Corp.*

Dated: Dec 31, 2015

DEFENDANT MAHENDRA SHAH

By: _____
Mahendra Shah
39 Capital Ave.
Williston Park, NY 11596
516) 244-0484

*Appearing Pro Se*

Dated: _____, 2015

force and effect as original signatures.

| | |
|---|---|
| LOREE & LOREE<br><br>By: _____<br>Philip J. Loree Jr.<br>7 Bayview Terrace<br>Manhasset, New York 11030<br>(516) 627-1720<br>PJL1@LoreeLawFirm.com<br><br>*Attorneys for Plaintiff Geo-Group Communications, Inc.*<br><br>Dated: September 29, 2015<br><br>THE SOLOVAY PRACTICE<br><br>Norman Solovay<br>260 Madison Avenue<br>15th Fl.<br>New York, New York 10016<br>(646) 278-4295<br><br>*Attorneys for Plaintiff Geo-Group Communications, Inc.* | EMOUNA & MIKHAIL, PC<br><br>By: _____<br>Matin Emouna<br>110 Old Country Rd.<br>Suite 3<br>Mineola, NY 11501<br>(516)-877-9111<br>Fax: (516)-877-9112<br>emounalaw@aol.com<br>*Attorneys for Defendants Ravi Chopra and New York City Telecommunications Corp.*<br><br>Dated: _____, 2015<br><br>DEFENDANT MAHENDRA SHAH<br><br>By: _Mahendra B. Shah_<br>Mahendra Shah<br>39 Capital Ave.<br>Williston Park, NY 11596<br>516) 244-0484<br><br>*Appearing Pro Se*<br><br>Dated: __6th Oct__ 2015 |

| | |
|---|---|
| DEFENDANT VIPIN SHAH | WHITE AND WILLIAMS, LLP (NYC) |
| By: *[signature]* | By: _____ |
| Vipin Shah<br>35 Smith Place<br>Williston Park, NY 11596<br><br>(718) 612-3400<br>(516) 747-1641<br><br>*Appearing Pro Se*<br><br>Dated: 10/05/2015 | Andrew I. Hamelsky<br>One Penn Plaza<br>250 W. 34th Street<br>Suite 4110<br>New York, NY 10119<br>(212) 631-4406<br>Fax: (212) 244-6200<br>hamelskya@whiteandwilliams.com<br><br>*Attorneys for Defendants 728 Melville Petro LLC, Kedis Enterprises LLC, and JMVD Hillside LLC*<br><br>Dated: _____, 2015 |

| | |
|---|---|
| DEFENDANT VIPIN SHAH | WHITE AND WILLIAMS, LLP (NYC) |
| By: _____<br>Vipin Shah<br>35 Smith Place<br>Williston Park, NY 11596<br><br>(718) 612-3400<br>(516) 747-1641<br><br>*Appearing Pro Se*<br><br><br>Dated: _____, 2015 | By: *[signature]*_____<br>Andrew I. Hamelsky<br>One Penn Plaza<br>250 W. 34th Street<br>Suite 4110<br>New York, NY 10119<br>(212) 631-4406<br>Fax: (212) 244-6200<br>hamelskya@whiteandwilliams.com<br><br>*Attorneys for Defendants*<br>*728 Melville Petro LLC,*<br>*Kedis Enterprises LLC,*<br>*and JMVD Hillside LLC*<br><br>Dated: October 1 , 2015 |

LAW OFFICES OF ZAFAR SIDDIQI

By: *[signature]*
Zafar Siddiqi
11 Broadway, Suite 853
New York, New York 10004
212-514-5900
Fax: 212-514-5005
siddiqiza@aol.com
*Attorneys for Defendant
Shalu Suri*

Dated: Dec 28, 2015

**SO ORDERED:**

*[signature]*

KATHERINE POLK FAILLA
United States District Judge

Dated: Dated: January 6, 2016
New York, New York

To: All Counsel of Record on Attached Service List (by E-Mail)
    All Pro Se Parties of Record on Attached Service List (by Regular Mail)

4