

To whom it may concern,

Please be advised of the below incoming/outgoing wire transfers that were processed:

Outgoing Wires:

| Account number | Account Title | Date | Dollar Amount | Beneficiary |
|---|---|---|---|---|
| 132067-153-2 | KEDIS ENTERPRISES LLC | 1/22/2013 | $600,000.00 | Neminath Inc |
| 132067-903-7 | KEDIS ENTERPRISES LLC | 12/16/2013 | $200,000.00 | Jaina Systems Network Inc |

Incoming Wires:

| Account number | Account Title | Date | Dollar Amount | Sender |
|---|---|---|---|---|
| 132067-903-7 | KEDIS ENTERPRISES LLC | 1/09/2014 | $100,000.00 | Jaina Systems Network Inc (refund) |
| 132067-903-7 | KEDIS ENTERPRISES LLC | 1/15/2014 | $100,000.00 | Jaina Systems Network Inc (refund) |

If you have questions please contact us at out toll free telephone number, 877-690-8164, or by email at CommercialDepositServices@citizensbank.com.

Regards,

Barbara Falcione
Deposit Specialist