




**EXTRAVANTAGE FOR BUSINESS**
**Statement of Account**
Account Number [redacted]

**January 9, 2013 - February 7, 2013**
Page 1 of 8

NEMINATH INC 22-00658R
235 HILLSIDE AVE
WILLISTON PK NY 11596-2213

**Questions?**
Call 877-472-2249 or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

SUMMARY OF ACTIVITY FOR THE PERIOD 01/09/13 TO 02/07/13 DATE OF LAST STATEMENT WAS 01/08/13

| | |
|---|---|
| YOUR BALANCE ON 01/08/13 WAS | 18,672.39 |
| THERE WERE CHECKS AND OTHER SUBTRACTIONS | -670,133.09 |
| THERE WERE DEPOSITS AND OTHER ADDITIONS | 676,864.00 |
| THERE WERE CHARGES AND FEES OF | -75.00 |
| YOUR BALANCE ON 02/07/13 | 25,328.30 |

TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/09/13 | ONLINE TRANSFER TO CHECKING [redacted] ON 01/09 REFERENCE NO: [redacted] | 1,050.00 | | |
| 01/09/13 | CHECK #[redacted] | 41.34 | | |
| 01/09/13 | CASH DISBURSEMENT INTERACTIVE COMM-SALES Interacti SALES [redacted] | 85.80 | | |
| 01/09/13 | CASH DISBURSEMENT NYS TAX & FINANC- WT PYMT NYS TAX & WT PYMT [redacted] | 260.00 | | |
| 01/09/13 | CHECK #[redacted] | 398.90 | | |
| 01/09/13 | CHECK #[redacted] | 2,226.53 | | |
| 01/09/13 | PAYMENT TO NYS LOTTERY- NYSL NYS LOTTE NYSL [redacted] | 4,768.82 | | 9,841.00 |
| 01/10/13 | CASH CONCENTRATION LORILLARD TOBAC-VENDOR PAY LORILLARD VENDOR PAY [redacted] | | 236.00 | |
| 01/10/13 | ONLINE TRANSFER TO CHECKING [redacted] ON 01/10 REFERENCE NO: [redacted] | 2,320.00 | | |
| 01/10/13 | CHECK #[redacted] | 86.71 | | |
| 01/10/13 | CORP TRADE PAYMENT TO SYSCO LONG ISLAN SYSCO LON Payment [redacted] | 724.71 | | 6,945.58 |
| 01/11/13 | DEPOSIT | | 10,759.00 | 17,704.58 |
| 01/14/13 | DEPOSIT | | 9,542.00 | |
| 01/14/13 | ONLINE TRANSFER TO CHECKING [redacted] ON 01/14 REFERENCE NO: SJ1QVIV8 | 2,160.00 | | |
| 01/14/13 | CHECK #[redacted] | 39.11 | | |
| 01/14/13 | CHECK #[redacted] | 98.55 | | |
| 01/14/13 | CHECK #[redacted] | 168.65 | | |
| 01/14/13 | CHECK #[redacted] | 2,566.81 | | 22,213.46 |
| 01/15/13 | ONLINE TRANSFER TO CHECKING [redacted] ON 01/15 REFERENCE NO: [redacted] | 4,750.00 | | |
| 01/15/13 | CHECK #[redacted] | 150.00 | | |
| 01/15/13 | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT [redacted] | 1,253.07 | | 16,060.39 |
| 01/16/13 | ONLINE TRANSFER TO CHECKING [redacted] ON 01/16 REFERENCE NO: [redacted] | 948.00 | | |
| 01/16/13 | CHECK #[redacted] | 82.25 | | |
| 01/16/13 | CASH DISBURSEMENT INTERACTIVE COMM-SALES Interacti SALES [redacted] | 87.00 | | |
| 01/16/13 | CHECK #[redacted] | 102.00 | | |
| 01/16/13 | CHECK #[redacted] | 412.65 | | |
| 01/16/13 | CHECK #4362 | 417.28 | | |
| 01/16/13 | PAYMENT TO NYS LOTTERY- NYSL NYS LOTTE NYSL [redacted] | 1,461.44 | | 12,549.77 |
| 01/17/13 | DEPOSIT | | 8,120.00 | |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

NEMINATH INC

EXTRAVANTAGE FOR BUSINESS
Statement of Account
Account Number

January 9, 2013 - February 7, 2013
Page 2 of 8

TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/17/13 | ONLINE TRANSFER TO CHECKING ON 01/17 REFERENCE NO: | 630.00 | | |
| 01/17/13 | CHECK # | 110.58 | | |
| 01/17/13 | CHECK # | 352.83 | | |
| 01/17/13 | CORP TRADE PAYMENT TO SYSCO LONG ISLAN SYSCO LON Payment | 701.23 | | |
| 01/17/13 | CHECK # | 890.63 | | 17,984.50 |
| 01/18/13 | ONLINE TRANSFER TO CHECKING ON 01/18 REFERENCE NO: | 720.00 | | |
| 01/18/13 | CHECK # | 40.78 | | |
| 01/18/13 | CHECK # | 188.05 | | 17,035.67 |
| 01/22/13 | DEPOSIT | | 10,618.00 | |
| 01/22/13 | 53RECD FED CITIZENS BANK OF RHODE ISLAND*ORG:KEDIS ENTERPRISES LLC,NEW HYDE PARK NY 11040*BNF:NEMINATH INC,WILLISTON PK*STFEDSEQ: *TIME:1131*YR REF:NONREF* MMB REF: | | 600,000.00 | |
| 01/22/13 | DFT | 40,000.00 | | |
| 01/22/13 | 57SEND FED CAPITAL ONE, N.A.*BNF:JAINA SYSTEMS NETWORK INC,11596*OBI:LOAN TO JAINA SYSTEMS NETWORK INC*STFEDSEQ: *TIME:1446*YR REF: *MMB REF | 60,000.00 | | |
| 01/22/13 | CHECK # | 137.75 | | |
| 01/22/13 | CHECK # | 577.11 | | |
| 01/22/13 | CHECK # | 3,000.00 | | |
| 01/22/13 | BIB DOMESTIC FUNDS TRANSFER FEE | 15.00 | | |
| 01/22/13 | FUNDS TRANSFER INCOMING FEE | 15.00 | | 523,908.81 |
| 01/23/13 | 57SEND FED CAPITAL ONE, N.A.*BNF:JAINA SYSTEMS NETWORK INC,11596*OBI:PAYMENTS FOR TELCOM ITALIA WITH LEGAL FEE AND INTEREST FOR JAINA*STFEDSEQ: *TIME:1502* YR REF: *MMB REF: | 40,000.00 | | |
| 01/23/13 | 57SEND FED CAPITAL ONE, N.A.*BNF:JAINA SYSTEMS NETWORK INC,11596*STFEDSEQ: *TIME:1002*YR REF:BI1116 1*MMB REF: | 150,000.00 | | |
| 01/23/13 | ONLINE TRANSFER TO CHECKING ON 01/23 REFERENCE NO: | 1,120.00 | | |
| 01/23/13 | CHECK | 39.40 | | |
| 01/23/13 | CHECK # | 101.96 | | |
| 01/23/13 | CHECK # | 328.18 | | |
| 01/23/13 | PAYMENT TO NYS LOTTERY- NYSL NYS LOTTE NYSL | 7,959.36 | | |
| 01/23/13 | BIB DOMESTIC FUNDS TRANSFER FEE 2 WIRES | 30.00 | | 324,329.91 |
| 01/24/13 | 57SEND FED CAPITAL ONE, N.A.*BNF:JAINA SYSTEMS NETWORK INC,11596*OBI:FOR LOAN PAYMENT TO RAVI (STI)*STFEDSEQ:B1Q *TIME:1332*YR REF: *MMB REF:02 | 70,000.00 | | |
| 01/24/13 | ONLINE TRANSFER TO CHECKING ON 01/24 REFERENCE NO: 533DFJUB | 940.00 | | |
| 01/24/13 | CHECK # | 40.47 | | |
| 01/24/13 | CHECK # | 76.25 | | |
| 01/24/13 | CORP TRADE PAYMENT TO SYSCO LONG ISLAN SYSCO LON Payment | 578.09 | | |
| 01/24/13 | BIB DOMESTIC FUNDS TRANSFER FEE | 15.00 | | 252,680.10 |
| 01/25/13 | DEPOSIT | | 7,265.00 | |
| 01/25/13 | ONLINE TRANSFER TO CHECKING ON 01/25 REFERENCE NO: | 1,225.00 | | |
| 01/25/13 | CHECK # | 116.65 | | 258,603.45 |
| 01/28/13 | DEPOSIT | | 10,450.00 | |
| 01/28/13 | DFT | 100,000.00 | | |
| 01/28/13 | ONLINE TRANSFER TO CHECKING ON 01/28 REFERENCE NO: | 600.00 | | |
| 01/28/13 | CASH DISBURSEMENT FRITO LAY-SNACKS 2 U FRITO LAY SNACKS 2 U | 65.89 | | |
| 01/28/13 | CHECK # | 101.90 | | |
| 01/28/13 | CHECK # | 111.00 | | |
| 01/28/13 | CHECK # | 230.00 | | |



NEMINATH INC

EXTRAVANTAGE FOR BUSINESS
Statement of Account
Account Number

January 9, 2013 - February 7, 2013
Page 3 of 8

TRANSACTION DETAIL

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/28/13 | CHECK # | 2,751.28 | | |
| 01/28/13 | CHECK # | 13,000.00 | | |
| 01/28/13 | CASH DISBURSEMENT NEMINATH INC- NEMINATH | 60,000.00 | | 92,193.38 |
| 01/29/13 | ONLINE TRANSFER TO CHECKING ON 01/29 REFERENCE NO: | 5,870.00 | | |
| 01/29/13 | CHECK # | 46.08 | | |
| 01/29/13 | CHECK # | 88.49 | | |
| 01/29/13 | CHECK # | 105.70 | | |
| 01/29/13 | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT | 290.46 | | 85,792.65 |
| 01/30/13 | CHECK # | 48.00 | | |
| 01/30/13 | CHECK # | 320.71 | | |
| 01/30/13 | PAYMENT TO NYS LOTTERY- NYSL NYS LOTTE NYSL | 6,140.65 | | 79,283.29 |
| 01/31/13 | CASH MANAGEMENT BIB TRANSACTION-FEE BIB TRANS FEE | .25 | | |
| 01/31/13 | CASH MANAGEMENT BIB TRANSACTION-FEE BIB TRANS FEE | .25 | | |
| 01/31/13 | CHECK # | 95.05 | | |
| 01/31/13 | CORP TRADE PAYMENT TO SYSCO LONG ISLAN SYSCO LON Payment | 426.97 | | 78,760.77 |
| 02/01/13 | DEPOSIT | | 12,513.00 | |
| 02/01/13 | ONLINE TRANSFER TO CHECKING ON 02/01 REFERENCE NO: | 2,700.00 | | |
| 02/01/13 | CHECK # | 83.94 | | |
| 02/01/13 | CHECK # | 92.40 | | 88,397.43 |
| 02/04/13 | DEPOSIT | | 7,298.00 | |
| 02/04/13 | ONLINE TRANSFER TO CHECKING ON 02/04 REFERENCE NO: 5J573GQ3 | 820.00 | | |
| 02/04/13 | CHECK #4383 | 39.00 | | |
| 02/04/13 | CHECK #4402 | 143.40 | | |
| 02/04/13 | CHECK #4395 | 275.85 | | |
| 02/04/13 | CHECK #4399 | 1,281.46 | | 93,135.72 |
| 02/05/13 | ONLINE TRANSFER TO CHECKING ON 02/05 REFERENCE NO: | 2,070.00 | | |
| 02/05/13 | CHECK # | 64.00 | | |
| 02/05/13 | CHECK # | 141.50 | | 90,860.22 |
| 02/06/13 | ONLINE TRANSFER TO CHECKING ON 02/06 REFERENCE NO: | 330.00 | | |
| 02/06/13 | CHECK # | 119.80 | | |
| 02/06/13 | CHECK # | 360.34 | | |
| 02/06/13 | CHECK # | 368.16 | | |
| 02/06/13 | CHECK # | 1,533.49 | | |
| 02/06/13 | CHECK # | 2,226.53 | | |
| 02/06/13 | PAYMENT TO NYS LOTTERY- NYSL NYS LOTTE NYSL | 6,800.87 | | |
| 02/06/13 | CASH DISBURSEMENT NEMINATH INC-50000.00 NEMINATH 50000.00 | 50,000.00 | | 29,121.03 |
| 02/07/13 | CASH CONCENTRATION LORILLARD TOBAC-VENDOR PAY LORILLARD VENDOR PAY | | 63.00 | |
| 02/07/13 | ONLINE TRANSFER TO CHECKING ON 02/07 REFERENCE NO: | 490.00 | | |
| 02/07/13 | CHECK # | 121.96 | | |
| 02/07/13 | CHECK # | 135.38 | | |
| 02/07/13 | CHECK # | 331.28 | | |
| 02/07/13 | CHECK # | 607.21 | | |
| 02/07/13 | CORP TRADE PAYMENT TO SYSCO LONG ISLAN SYSCO LON Payment | 719.14 | | |
| 02/07/13 | CHECK # | 1,450.76 | | 25,328.30 |

G000000000200SF

0040000

NEMINATH INC

**EXTRAVANTAGE FOR BUSINESS**
**Statement of Account**
Account Number

**January 9, 2013 - February 7, 2013**


## ITEMS PAID ON THIS STATEMENT:

### NUMBERED CHECKS:

| | | | |
|---|---|---|---|
| ............39.11 | .........2,226.53 | ............86.71 * | ...........398.90 |
| ............41.34 * | ...........352.83 | ............98.55 | .........2,566.81 |
| ...........102.00 | ...........168.65 | ...........110.58 | ............40.78 |
| ...........150.00 * | ...........417.28 | ...........101.96 | ...........412.65 |
| ............82.25 | ...........577.11 | ...........188.05 | ...........890.63 |
| ...........137.75 | ............76.25 | .........3,000.00 | ...........116.65 |
| ...........328.18 | ............88.49 * | ............40.47 | ...........111.00 |
| ...........101.90 | ...........105.70 | ...........230.00 | .........2,751.28 |
| ............46.08 | ............39.00 | ........13,000.00 * | ............95.05 |
| ...........320.71 | ............83.94 | ...........275.85 * | ............48.00 |
| ............92.40 | ...........331.28 | .........1,281.46 | ...........360.34 |
| ............64.00 | ...........143.40 | .........1,450.76 * | ...........119.80 |
| .........2,226.53 | .........1,533.49 | ...........121.96 | ...........368.16 |
| ...........141.50 | ...........607.21 * | ...........135.38 | |

* GAP IN PAID CHECK SEQUENCE

### OTHER ITEMS:

| | | | |
|---|---|---|---|
| 1,050.00 | 85.80 | 260.00 | 4,768.82 |
| 2,320.00 | 724.71 | 2,160.00 | 4,750.00 |
| 1,253.07 | 948.00 | 87.00 | 1,461.44 |
| 630.00 | 701.23 | 720.00 | 40,000.00 |
| 60,000.00 | 15.00 | 15.00 | 40,000.00 |
| 150,000.00 | 1,120.00 | 39.40 | 7,959.36 |
| 30.00 | 70,000.00 | 940.00 | 578.09 |
| 15.00 | 1,225.00 | 100,000.00 | 600.00 |
| 65.89 | 60,000.00 | 5,870.00 | 290.46 |
| 6,140.65 | 0.25 | 0.25 | 426.97 |
| 2,700.00 | 820.00 | 2,070.00 | 330.00 |
| 6,800.87 | 50,000.00 | 490.00 | 719.14 |


Paid: 01/23 Amt: $39.40 Check #:


Paid: 01/14 Amt: $39.11 Check #: 4344


Paid: 01/09 Amt: $2,226.53 Check #: 4345


Paid: 01/10 Amt: $86.71 Check #: 4348



Paid: 01/09 Amt: $398.90 Check #: 4349


Paid: 01/09 Amt: $41.34 Check #: 4352