SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
GEO-GROUP COMMUNICATIONS, INC.,          :     Index No.: 652219/2014

          Petitioner,                              :

          - against -                              :     **JUDGMENT**

JAINA SYSTEMS NETWORK, INC.,             :

          Respondent.                             :
-----------------------------------------------------------------x

      Whereas, petitioner having filed a verified petition to confirm award of arbitrator pursuant to CPLR § 7510, and an order of Justice Melvin L. Schweitzer having been entered in favor of petitioner and filed on December 8, 2014 by the New York County Clerk, which directed entry of judgment against respondent Jaina Systems Network, Inc., in the amount of $1,249,654, together with interest as computed by the Clerk at from October 8, 2008 forward at the lesser rate of one percent (1%) per month, compounded monthly, or the maximum rate, and costs and disbursements as taxed by the Clerk, it is

      ADJUDGED, that petitioner Geo-Group Communications, Inc., with an address of 254 South Broadway, Hicksville, NY 11801, has judgment and recovers of respondent, Jaina Systems Network, Inc., with an address of, 235-B Hillside Ave., Williston Park, NY 11596 the sum of $1,249,654, plus interest thereon at the rate of one percent (1%) per month, compounded monthly from October 8, 2008 as calculated by the Clerk in the amount of $ 1,461,986.51, plus costs and disbursements as taxed by the Clerk in the amount of $ 535.00, making a total of $ 2,712,175.51, and that petitioner have execution therefor.

      Judgment entered this 3 day of April 2015

                                                     Milton A. Tingling
                                                          CLERK

**FILED**

APR 03 2015

COUNTY CLERK'S OFFICE
NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------x
GEO-GROUP COMMUNICATIONS, INC.,  :  Index No.: 652219/2014

                Petitioner,  :

                - against -  :  **COSTS OF PETITIONER**

JAINA SYSTEMS NETWORK, INC.,  :

                Respondent.  :
---------------------------------------------------------------x

      The undersigned, an attorney admitted to practice in the courts the State of New York, and co-counsel of record for petitioner herein affirms under penalties of perjury:

      1.     The costs sought and the disbursements set forth below are true and accurate and that the foregoing disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount:

**COSTS**
Costs for Proceedings Before Note of Issue Filed (CPLR § 8201(1)) . . . . . . . .$200.00    $200

**DISBURSEMENTS**
Index Number Fee (CPLR § 8018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$210.00
Request for Judicial Intervention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 95.00
Serving summons with notice (CPLR § 8301(d) and 8011(h)) . . . . . . . . . . . . $ ~~55.00~~ 15
Sheriff's Fee on Execution (CPLR § 8011, 8012) . . . . . . . . . . . . . . . . . . . . . $ ~~40.00~~  ~~$400~~
                                                                        15.00

Total Costs . . . . . . . . . . $200
Total Disbursements . . ~~$400~~  335.00
TOTAL . . . . . . . . . . . . . ~~$600~~  525.00

Dated: December 23, 2014
       New York, New York

By: _____
Stephen Z. Starr
Vildan E. Starr
STARR & STARR, PLLC
260 Madison Avenue, 17th Fl.
New York, New York 10016
tel. (212) 867-8165
fax. (212) 867-8139
email  stephenstarr@starrandstarr.com

FILED
APR -3 2015
COUNTY CLERK'S OFFICE
NEW YORK

-2-

-and-

Norman Solovay, Esq.
The Solovay Practice
260 Madison Avenue, 15th Floor
New York, NY 10016
tel. (646) 278-4295

*Attorneys for Petitioner Geo-Group Communications, Inc.*

SUPREME COURT   NEW YORK   652219   14
STATE OF NEW YORK, COUNTY OF         Index No.         Year

GEO-GROUP COMMUNICATIONS, INC.,

v.

JAINA SYSTEMS NETWORK, INC.

JUDGMENT  *and Bill of costs*

STARR & STARR, PLLC

Attorney(s) for *Petitioner*
Office and Post Office Address, Telephone

260 Madison Avenue
17th Floor
New York, NY 10016
tel 212-867-8165, fax 212-867-8139

**FILED AND DOCKETED**
AT APR -3 2015
N.Y., CO. CLK'S OFFICE
10:00 AM

To

Signature (Rule 130-1.1-a)
Print name beneath
Stephen Z. Starr

Service of a copy of the within is hereby admitted.
Dated: _____

Attorney(s) for

**PLEASE TAKE NOTICE:**

**NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

**NOTICE OF SETTLEMENT**

that an order                                                of which the within is a true copy
will be presented for settlement to the HON.                 one of the judges of the
within named Court, at
on                              at              M.

Dated,                                   Yours, etc.

STARR & STARR, PLLC