# EXHIBIT 6

# NASSAU COUNTY DEPARTMENT OF ASSESSMENT
240 Old Country Road, Mineola, New York 11501 (516)571-1500

January 4, 2016

**235 HILLSIDE AVE**
**WILLISTON PARK NY, 11596**

Section-Block-Lot: 09313 00330

Tax Class: 4

## NOTICE OF TENTATIVE ASSESSED VALUE FOR 2017/2018

|  | Valuation Date 1/4/2016 | Valuation Date 1/2/2015 | Change from 1/2/2015 |
|---|---|---|---|
| **Full Market Value*** | $321,000 | $321,000 | +$0 |
| **Level of Assessment*** | 1% | 1% |  |
| **Assessed Value*** | 3210 | 3210 | +0 |
| **Transitional Assessed Value:*** | 3210 | 3210 | +0 |

*Your Transitional Assessed Value will be reduced by any exemption amount you qualify for each year.*

The *Full Market Value* figure shown, as of 1/4/16, does not take into consideration any potential change in value that is currently being considered by the Assessment Review Commission (ARC). Should ARC reduce the assessed value for this property, they will provide the owner or the owner's representative with a written settlement.

In an effort to keep an accurate account of your property's inventory, we urge you to utilize our **Land Records Viewer** to review the information listed. Please pay careful attention to the property inventory section under *Property Description* and inform us "**in writing**" of any corrections that need to be made. While many data corrections can be addressed in our office, some issues may require an inspection of your property by a field assessor.

To review information specific to your property, as well as all other properties, please visit our website at www.mynassauproperty.com and follow the link to "*Property Search*".

- **Full Market Value:** This is the estimated market value of your property as of January 4, 2016.

- **Level of Assessment:** In Nassau County, this is the percentage of Full Market Value at which properties are assessed.

- **Assessed Value:** Your property's market value is multiplied by the Level of Assessment to determine the Assessed Value.

- **Transitional Assessed Value:** Any increase in assessed value from the prior tax year (excluding new construction and renovations) for Class II and Class IV properties will be phased in by equal amounts over a five-year period. Class II includes apartments (buildings with four or more units), cooperatives, and high-rise condominiums (greater than 3 stories). **Your 2017-2018 tax bill will be based on the transitional assessed value reduced by any exemptions.** The transitional assessed value may decrease based on challenges to the current or prior assessment rolls.

---

If you would like to challenge your assessment or property's classification or exemption status, you may file an *"Application for Correction of Assessment "* ⌐ with the Assessment Review Commission between January 4, 2016 and March 1, 2016. The application is available and can be obtained **on-line** at www.nassaucountyny.gov/arc, in person at the Department of Assessment's office located at 240 Old Country Road in Mineola, or by calling (516) 571-3214 after January 4, 2016. The Department of Assessment's hours of operation are from 8 A.M. to 4:45 P.M.

C-4

## NASSAU COUNTY DEPARTMENT OF ASSESSMENT
240 Old Country Road, Mineola, New York 11501 (516)571-1500

January 2017

**235 HILLSIDE AVE**
**WILLISTON PARK NY, 11596**

Section-Block-Lot: 09313 00330

Tax Class: 4

### NOTICE OF TENTATIVE ASSESSED VALUE FOR 2018/2019

|  | Valuation Date 1/2/2017 | Valuation Date 1/4/2016 | Change from 1/4/2016 |
|---|---|---|---|
| **Full Market Value:** | $300,500 | $300,500 | +$0 |
| **Level of Assessment:** | 1% | 1% |  |
| **Tentative Assessed Value:** | 3005 | 3005 | +0 |
| **Transitional Assessed Value:** | 3005 | 3005 | +0 |

(NOTE: Your Transitional Assessed Value will be reduced by any exemption amount you qualify for each year.)

*Your Transitional Assessed Value will be reduced by any exemption amount you qualify for each year.*

The *Full Market Value* figure shown, as of 1/2/17, does not take into consideration any potential change in value that is currently being considered by the Assessment Review Commission (ARC). Should ARC reduce the assessed value for this property, they will provide the owner or the owner's representative with a written settlement.

*In 2014, Nassau County was authorized under NYS Real Property Tax Law to establish a Disputed Assessment Fund (DAF) for all Class 4 (Commercial) properties that formally challenged the value of their property. For further information on how the law applies to commercial properties, please visit DAF's frequently asked questions page at https://www.nassaucountyny.gov/DocumentCenter/View/16027.*

- **Full Market Value:** This is the estimated market value of your property as of January 2, 2017.

- **Level of Assessment:** In Nassau County, this is the percentage of Full Market Value at which properties are assessed.

- **Tentative Assessed Value:** Your property's market value is multiplied by the Level of Assessment to determine the Tentative Assessed Value.

- **Transitional Assessed Value:** Any increase in assessed value from the prior tax year (excluding new construction and renovations) for Class II and Class IV properties will be phased in by equal amounts over a five-year period. Class II includes apartments (buildings with four or more units), cooperatives, and high-rise condominiums (greater than 3 stories). **Your 2018-2019 tax bill will be based on the Transitional Assessed Value reduced by any exemptions.** The Transitional Assessed Value may decrease based on challenges to the current or prior assessment rolls.

---

In an effort to keep an accurate account of your property's inventory, we urge you to utilize our **Land Records Viewer** to review the information listed. Please pay careful attention to the property inventory section under *Property Description* and inform us – in writing – of any corrections that need to be made. While many data corrections can be addressed in our office, some issues may require an inspection of your property by a field assessor. To review information specific to your property, as well as all other properties, please visit our website at www.mynassauproperty.com and follow the link to "Property Search."

If you would like to challenge your assessment or property's classification or exemption status, you may file an "Application for Correction of Assessment" with the Assessment Review Commission (ARC) between January 2, 2017 and March 1, 2017. The application is available and can be obtained on-line at www.nassaucountyny.gov/arc, in person at the Department of Assessment's office located at 240 Old Country Road in Mineola, or by contacting ARC at (516) 571-3214 after January 2, 2017. The Department of Assessment's hours of operation are from 8 A.M. to 4:45 P.M.

---

C-4