UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEO-GROUP COMMUNICATIONS, INC. | Case No. 15-cv-01756 (KPF) |
| Plaintiff, | |
| v. | |
| RAVI CHOPRA; MAHENDRA SHAH; VIPIN SHAH; 728 MELVILLE PETRO LLC; KEDIS ENTERPRISES LLC; JMVD HILLSIDE LLC; NYC TELECOMMUNICATIONS CORP.; and SHALU SURI, | |
| Defendants. | |

### RAVI CHOPRA'S AND NYC TELECOMMUNICATION CORP.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Humayun Siddiqi, executed on December 7, 2017 (with accompanying exhibits), Affidavit of A. Mitchell Greene, Declaration of Ravi Chopra (with accompanying exhibits) executed on December 7, 2017, Declaration of Charang Narang executed on December 8, 2017 (with accompanying exhibits) and the pleadings herein, Ravi Chopra and NYC Telecommunications Corp. hereby move this Court for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in their favor and dismissing Geo-Group Communication, Inc.'s complaint.

Dated: December 8, 2017

Respectfully submitted,
/s/ Humayun Siddiqi
-----------------------------
Humayun Siddiqi, Esq.
11 Broadway, Suite 853
New York, NY 10004
(646) 688-3553
*Attorney for Defendants Ravi Chopra and NYC Telecommunications Corp.*