STI CONSULTANTS

1008

PAY TO THE ORDER OF  JAINA SYSTEMS NETWORK INC

DATE  1/4/13

Twenty Thousand Dollars only        $20,000

United International Bank

FOR

EXHIBIT
GCI 11
8/30/17

NYC-CHOPRA 000368