

NYC-CHOPRA 000372