

## NOAHBANK
## 노아은행

7301 Old York Rd
Elkins Park PA 19027
(855) 272-6624

Your wire request for $100,000.00 will be debited from account ending in 0021.
In addition, a $20.00 wire fee has been assessed.

*** WIRE DETAILS ***

**Wire Sequence**
5320

**Business Code / Wire Type**
CTR-Customer Transfer
1000   Basic Funds Transfer

**Originator Information**

Originator
NEW YORK MAIN STREET CONSULTANTS IN
D    0021
4315 MAIN STREET
FLUSHING NY 11355
United States

**Originator To Beneficiary**
BUSINESS TRANSACTION

**Entered Date**
01/08/14 03:24 PM Eastern Time

**Effective Date**
01/08/14

**Receiving Financial Institution**
                CITIBANK NYC

**Beneficiary Information**

Beneficiary
JANIA SYSTEMS NETWORK, INC

145 E 42ND STREET
NEW YORK, NY 10017
United States

SIGNATURE _____

DATE 11/22/16

The above signed originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the abovesigned agrees that this wire transfer is irrevocable and that the sole obligation of Noah Bank is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer.



NYC-CHOPRA 000370