JAINA SYSTEMS NETWORK INC.   Account [redacted]   Page 2 of 5
Statement Period: Sep 9 - Oct 7, 2014

001/R1/20F000

## CHECKING ACTIVITY

**CitiBusiness Checking**

| | | Beginning Balance: | $5,039.04 |
| | | Ending Balance: | $2,648.40 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/09 | ELECTRONIC CREDIT<br>EXPRESS TELESERV  VENDOR PMT 219431510    Sep 09 | | 3,749.21 | 8,788.25 |
| 09/09 | FUNDS TRANSFER<br>WIRE FROM AL SAY  DA AL ARAB AH TR LLC    Sep 09 | | 9,974.00 | 18,762.25 |
| 09/09 | FUNDS TRANSFER<br>WIRE FROM PIDIPO  PI INC    Sep 09 | | 75,000.00 | 93,762.25 |
| 09/09 | ACH DEBIT<br>DELL         ONLINE PMT CKF377867680NEG Sep 09 | 234.00 | | 93,528.25 |
| 09/09 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 1,222.50 | | 92,305.75 |
| 09/10 | FUNDS TRANSFER<br>WIRE FROM MAINBE  G LTD    Sep 10 | | 49,972.00 | 142,277.75 |
| 09/10 | CBUSOL INTERNATIONAL WIRE OUT | 50,000.00 | | 92,277.75 |
| 09/10 | CHECK NO:       1062 | 15,000.00 | | 77,277.75 |
| 09/10 | CHECK NO:       1060 | 24,000.00 | | 53,277.75 |
| 09/11 | FUNDS TRANSFER<br>WIRE FROM MANOR  T (UK) LIM TED    Sep 11 | | 350,000.00 | 403,277.75 |
| 09/11 | CBUSOL INTERNATIONAL WIRE OUT | 15,000.00 | | 388,277.75 |
| 09/11 | CBUSOL INTERNATIONAL WIRE OUT | 75,000.00 | | 313,277.75 |
| 09/11 | CBUSOL INTERNATIONAL WIRE OUT | 75,000.00 | | 238,277.75 |
| 09/11 | CBUSOL INTERNATIONAL WIRE OUT | 90,000.00 | | 148,277.75 |
| 09/11 | CBUSOL INTERNATIONAL WIRE OUT | 100,000.00 | | 48,277.75 |
| 09/11 | CHECK NO:       1061 | 40,000.00 | | 8,277.75 |
| 09/12 | ELECTRONIC CREDIT<br>VOYZZE COMMUNICA  VENDOR PMT 220088452    Sep 12 | | 15,750.00 | 24,027.75 |
| 09/12 | FUNDS TRANSFER<br>WIRE FROM YOUR H  RBAL CARE  ETAIL SERVICES Sep 12 | | 17,679.64 | 41,707.39 |
| 09/12 | CHECK NO:       1064 | 33,000.00 | | 8,707.39 |
| 09/12 | CHECK NO:       1091 | 5,500.00 | | 3,207.39 |
| 09/15 | CHECK NO:       1092 | 750.00 | | 2,457.39 |
| 09/15 | ACH DEBIT<br>TREASURY DMS BFC  PAYMENT    0000        Sep 15<br>2013274185A | 785.00 | | 1,672.39 |
| 09/15 | CHECK NO:       1057 | 3,000.00 | | 1,327.61- |
| 09/16 | ELECTRONIC CREDIT<br>JPMorgan Chase     Auth Crdt 4152179650      Sep 16 | | 0.18 | 1,327.43- |
| 09/16 | ELECTRONIC CREDIT<br>JPMorgan Chase     Auth Crdt 4152179657      Sep 16 | | 0.40 | 1,327.03- |
| 09/16 | DEPOSIT | | 5,000.00 | 3,672.97 |
| 09/16 | RETURN CHECK | | 3,000.00 | 6,672.97 |
| 09/16 | ACH DEBIT<br>JPMorgan Chase     Auth Debit 4152179676      Sep 16 | 0.58 | | 6,672.39 |
| 09/17 | FUNDS TRANSFER<br>WIRE FROM BLUE W  VES TECH I TERNATIONAL FZE Sep 17 | | 40,000.00 | 46,672.39 |
| 09/17 | FUNDS TRANSFER<br>WIRE FROM 1/IVY   ELECOM AG    Sep 17 | | 149,980.00 | 196,652.39 |
| 09/17 | CBUSOL INTERNATIONAL WIRE OUT | 110,000.00 | | 86,652.39 |
| 09/17 | CBUSOL TRANSFER DEBIT<br>WIRE TO Strassberg n Strasberg | 12,138.22 | | 74,514.17 |
| 09/17 | CHECK NO:       1093 | 20,000.00 | | 54,514.17 |
| 09/17 | ACH DEBIT<br>NYS TAX & FINANC  CT PYMT  00964291      Sep 17 | 86.00 | | 54,428.17 |
| 09/17 | CHECK NO:       1066 | 3,500.00 | | 50,928.17 |
| 09/17 | ACH DEBIT<br>NYS TAX & FINANC  CT PYMT  00964293      Sep 17 | 9,987.00 | | 40,941.17 |
| 09/17 | ACH DEBIT<br>IRS         USATAXPYMT 200466082954995 Sep 17 | 33,248.00 | | 7,693.17 |
| 09/18 | FUNDS TRANSFER<br>WIRE FROM TELESN  T SOLUTION - F.Z.E    Sep 18 | | 20,000.00 | 27,693.17 |
| 09/18 | DEPOSIT | | 32,000.00 | 59,693.17 |
| 09/18 | FUNDS TRANSFER<br>WIRE FROM TELECO   SERVICES  VT LIMITED    Sep 18 | | 75,000.00 | 134,693.17 |
| 09/18 | CBUSOL INTERNATIONAL WIRE OUT | 100,000.00 | | 34,693.17 |
| 09/18 | CBUSOL TRANSFER DEBIT<br>WIRE TO STI CONSULTANTS | 25,000.00 | | 9,693.17 |
| 09/18 | ACH DEBIT<br>Interstate TRS    ASSESSMENT 82458208145    Sep 18 | 573.19 | | 9,119.98 |
| 09/18 | CHECK NO:       1053 | 1,250.00 | | 7,869.98 |
| 09/18 | CHECK NO:       1065 | 6,925.83 | | 944.15 |

GCI-001092

JAINA SYSTEMS NETWORK INC.       Account ▮▮▮▮▮▮▮   Page 3 of 5       001/R1/20F000
Statement Period: Sep 9 - Oct 7, 2014

## CHECKING ACTIVITY                                                                                      Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 09/19 | ELECTRONIC CREDIT<br>VOYZZE COMMUNICA VENDOR PMT 220569594  Sep 19 | | 15,000.00 | 15,944.15 |
| 09/19 | FUNDS TRANSFER<br>WIRE FROM JAINA YSTEMS NET ORK  Sep 19 | | 25,000.00 | 40,944.15 |
| 09/19 | CBUSOL INTERNATIONAL WIRE OUT | 3,600.00 | | 37,344.15 |
| 09/19 | CBUSOL INTERNATIONAL WIRE OUT | 25,000.00 | | 12,344.15 |
| 09/19 | CBUSOL TRANSFER DEBIT<br>WIRE TO Naushit Sakarvadia | 8,000.00 | | 4,344.15 |
| 09/22 | FUNDS TRANSFER<br>WIRE FROM YOUR H RBAL CARE ETAIL SERVICES Sep 22 | | 22,053.09 | 26,397.24 |
| 09/22 | DEPOSIT | | 25,000.00 | 51,397.24 |
| 09/22 | CBUSOL INTERNATIONAL WIRE OUT | 50,000.00 | | 1,397.24 |
| 09/22 | CHECK NO: 1094 | 3,000.00 | | 1,602.76- |
| 09/23 | ELECTRONIC CREDIT<br>EXPRESS TELESERV VENDOR PMT 220765738  Sep 23 | | 7,416.58 | 5,813.82 |
| 09/23 | FUNDS TRANSFER<br>WIRE FROM TELECO SERVICES VT LIMITED  Sep 23 | | 40,000.00 | 45,813.82 |
| 09/23 | FUNDS TRANSFER<br>WIRE FROM VISION IMPEX LTD.  Sep 23 | | 190,200.00 | 236,013.82 |
| 09/23 | CBUSOL INTERNATIONAL WIRE OUT | 150,000.00 | | 86,013.82 |
| 09/23 | CBUSOL TRANSFER DEBIT<br>WIRE TO STI CONSULTANTS | 25,000.00 | | 61,013.82 |
| 09/23 | CHECK NO: 1070 | 29,000.00 | | 32,013.82 |
| 09/24 | BUSINESS LOAN PAYMENT<br>AUTOMATED LOAN PAYMENT 000004968621093 Sep 24 | 21,959.80 | | 10,054.02 |
| 09/24 | CBUSOL TRANSFER DEBIT<br>WIRE TO Neminath Inc | 7,515.00 | | 2,539.02 |
| 09/25 | ELECTRONIC CREDIT<br>VOYZZE COMMUNICA VENDOR PMT 221074768  Sep 25 | | 7,499.00 | 10,038.02 |
| 09/25 | DEPOSIT | | 18,000.00 | 28,038.02 |
| 09/25 | FUNDS TRANSFER<br>WIRE FROM BLUE W VES TECH I TERNATIONAL FZE Sep 25 | | 40,000.00 | 68,038.02 |
| 09/25 | FUNDS TRANSFER<br>WIRE FROM TELECO SERVICES VT LIMITED  Sep 25 | | 40,000.00 | 108,038.02 |
| 09/25 | FUNDS TRANSFER<br>WIRE FROM YOUR H RBAL CARE ETAIL SERVICES  Sep 25 | | 40,835.03 | 148,873.05 |
| 09/25 | FUNDS TRANSFER<br>WIRE FROM NEXVOI COMMUNICA ION,  Sep 25 | | 190,125.00 | 338,998.05 |
| 09/25 | CBUSOL INTERNATIONAL WIRE OUT | 25,000.00 | | 313,998.05 |
| 09/25 | CBUSOL INTERNATIONAL WIRE OUT | 175,000.00 | | 138,998.05 |
| 09/25 | CBUSOL TRANSFER DEBIT<br>Against Invoice | 15,000.00 | | 123,998.05 |
| 09/25 | CBUSOL TRANSFER DEBIT<br>Against Invoice | 25,000.00 | | 98,998.05 |
| 09/25 | CBUSOL TRANSFER DEBIT<br>WIRE TO Robinson Brog Leinand Greene Geno | 90,000.00 | | 8,998.05 |
| 09/25 | ACH DEBIT<br>AMERICAN EXPRESS ACH PMT R9768  Sep 25 | 4,500.00 | | 4,498.05 |
| 09/25 | CHECK NO: 1058 | 7,500.00 | | 3,001.95- |
| 09/26 | ELECTRONIC CREDIT<br>VOYZZE COMMUNICA VENDOR PMT 221216638  Sep 26 | | 7,497.00 | 4,495.05 |
| 09/26 | ELECTRONIC CREDIT<br>VOYZZE COMMUNICA VENDOR PMT 221145530  Sep 26 | | 7,498.00 | 11,993.05 |
| 09/26 | RETURN CHECK | | 7,500.00 | 19,493.05 |
| 09/29 | FUNDS TRANSFER<br>WIRE FROM IVOICE NETWORKS P E LTD  Sep 29 | | 4,500.00 | 23,993.05 |
| 09/29 | FUNDS TRANSFER<br>WIRE FROM BLUE W VES TECH I TERNATIONAL FZE Sep 29 | | 49,980.95 | 73,974.00 |
| 09/29 | FUNDS TRANSFER<br>WIRE FROM TELESN T SOLUTION - F.Z.E  Sep 29 | | 89,972.00 | 163,946.00 |
| 09/29 | CBUSOL INTERNATIONAL WIRE OUT | 35,000.00 | | 128,946.00 |
| 09/29 | CBUSOL TRANSFER DEBIT<br>WIRE TO STI CONSULTANTS | 23,000.00 | | 105,946.00 |
| 09/29 | CBUSOL TRANSFER DEBIT<br>WIRE TO Robinson Brog Leinand Greene Geno | 100,000.00 | | 5,946.00 |
| 09/30 | ELECTRONIC CREDIT<br>EXPRESS TELESERV VENDOR PMT 221343826  Sep 30 | | 2,279.99 | 8,225.99 |
| 09/30 | FUNDS TRANSFER<br>WIRE FROM ITECH RADING LLC  Sep 30 | | 40,250.00 | 48,475.99 |
| 09/30 | FUNDS TRANSFER<br>WIRE FROM ITECH RADING LLC  Sep 30 | | 48,250.00 | 96,725.99 |
| 09/30 | FUNDS TRANSFER<br>WIRE FROM NEXVOI COMMUNICA ION,  Sep 30 | | 110,150.00 | 206,875.99 |
| 09/30 | CBUSOL INTERNATIONAL WIRE OUT | 200,000.00 | | 6,875.99 |
| 09/30 | CHECK NO: 1072 | 210.00 | | 6,665.99 |

GCI-001093