JAINA SYSTEMS NETWORK INC.            Account ▮▮▮▮▮▮   Page 2 of 4                    001/R1/04F000
                                      Statement Period: Dec 7 - Jan 8, 2014

## CHECKING ACTIVITY                                                                         Continued

| Date  | Description | Debits | Credits | Balance |
|-------|-------------|-------:|--------:|--------:|
| 12/09 | FUNDS TRANSFER  WIRE FROM UVNV, NC.  Dec 09 | | 5,000.00 | 9,492.06 |
| 12/09 | FUNDS TRANSFER  WIRE FROM TELECO SERVICES SA INC.  Dec 09 | | 6,000.00 | 15,492.06 |
| 12/09 | FUNDS TRANSFER  WIRE FROM BA TEL COM INC  Dec 09 | | 7,000.00 | 22,492.06 |
| 12/09 | ELECTRONIC CREDIT  VOYZZE COMMUNICA VENDOR PMT 193220548  Dec 09 | | 7,499.00 | 29,991.06 |
| 12/09 | FUNDS TRANSFER  WIRE FROM VOCAL OLUTIONS  Dec 09 | | 10,000.00 | 39,991.06 |
| 12/09 | DEPOSIT | | 75,000.00 | 114,991.06 |
| 12/09 | FUNDS TRANSFER  WIRE FROM MAESTR USA COMMUN CATIONS  Dec 09 | | 100,000.00 | 214,991.06 |
| 12/09 | CBUSOL INTERNATIONAL WIRE OUT | 1,224.77 | | 213,766.29 |
| 12/09 | CBUSOL INTERNATIONAL WIRE OUT | 1,435.01 | | 212,331.28 |
| 12/09 | CBUSOL INTERNATIONAL WIRE OUT | 200,000.00 | | 12,331.28 |
| 12/10 | FUNDS TRANSFER  WIRE FROM VOICET C SYS LIMI ED  Dec 10 | | 6,990.00 | 19,321.28 |
| 12/10 | FUNDS TRANSFER  WIRE FROM EXOT L MITED  Dec 10 | | 9,975.00 | 29,296.28 |
| 12/10 | FUNDS TRANSFER  WIRE FROM GLOBE ELESERVICE LIMITED  Dec 10 | | 9,975.00 | 39,271.28 |
| 12/10 | SERVICE CHARGE  ACCT ANALYSIS DIRECT DB | 1,312.60 | | 37,958.68 |
| 12/11 | FUNDS TRANSFER  WIRE FROM NTS GL BAL PTE LT  Dec 11 | | 30,000.00 | 67,958.68 |
| 12/12 | FUNDS TRANSFER  WIRE FROM JAINA YSTEMS NET ORK INC  Dec 12 | | 60,000.00 | 127,958.68 |
| 12/12 | CBUSOL INTERNATIONAL WIRE OUT | 100,000.00 | | 27,958.68 |
| 12/12 | CBUSOL TRANSFER DEBIT  WIRE TO Neminath Inc | 5,500.00 | | 22,458.68 |
| 12/12 | CBUSOL TRANSFER DEBIT  WIRE TO Strassberg n Strasberg | 10,000.00 | | 12,458.68 |
| 12/13 | FUNDS TRANSFER  WIRE FROM PARKWE L INVESTME TS LIMITED  Dec 13 | | 975.00 | 13,433.68 |
| 12/13 | ELECTRONIC CREDIT  VOYZZE COMMUNICA VENDOR PMT 193766780  Dec 13 | | 7,500.00 | 20,933.68 |
| 12/13 | CBUSOL INTERNATIONAL WIRE OUT | 4,000.00 | | 16,933.68 |
| 12/13 | CBUSOL TRANSFER DEBIT  WIRE TO Vipin Shah | 10,000.00 | | 6,933.68 |
| 12/16 | FUNDS TRANSFER  WIRE FROM KEDIS NTERPRISES LLC  Dec 16 | | 200,000.00 | 206,933.68 |
| 12/16 | ACH DEBIT  TREASURY DMS BFC PAYMENT 0000  Dec 16  2013274185A | 785.00 | | 206,148.68 |
| 12/17 | FUNDS TRANSFER  WIRE FROM EXOT L MITED  Dec 17 | | 10,975.00 | 217,123.68 |
| 12/17 | FUNDS TRANSFER  WIRE FROM RAVIND R CHOPRA  Dec 17 | | 25,000.00 | 242,123.68 |
| 12/17 | FUNDS TRANSFER  WIRE FROM MAESTR USA COMMUN CATIONS INC  Dec 17 | | 50,000.00 | 292,123.68 |
| 12/17 | FUNDS TRANSFER  WIRE FROM MAESTR USA COMMUN CATIONS  Dec 17 | | 50,000.00 | 342,123.68 |
| 12/17 | CBUSOL INTERNATIONAL WIRE OUT | 300,000.00 | | 42,123.68 |
| 12/18 | CBUSOL TRANSFER DEBIT  WIRE TO Jaina Systems Netwrk Inc | 12,000.00 | | 30,123.68 |
| 12/19 | FUNDS TRANSFER  WIRE FROM PARKWE L INVESTME TS LIMITED  Dec 19 | | 2,475.00 | 32,598.68 |
| 12/19 | FUNDS TRANSFER  WIRE FROM VOCAL OLUTIONS  Dec 19 | | 5,000.00 | 37,598.68 |
| 12/19 | FUNDS TRANSFER  WIRE FROM GLOBE ELESERVICE LIMITED  Dec 19 | | 9,975.00 | 47,573.68 |
| 12/20 | ELECTRONIC CREDIT  VOYZZE COMMUNICA VENDOR PMT 194178630  Dec 20 | | 10,000.00 | 57,573.68 |
| 12/20 | CBUSOL TRANSFER DEBIT  WIRE TO Vipin Shah | 34,000.00 | | 23,573.68 |
| 12/23 | FUNDS TRANSFER  WIRE FROM MANOR T (UK) LIM TED  Dec 23 | | 200,000.00 | 223,573.68 |
| 12/23 | CBUSOL INTERNATIONAL WIRE OUT | 200,000.00 | | 23,573.68 |
| 12/23 | BUSINESS LOAN PAYMENT  AUTOMATED LOAN PAYMENT 000004968621093 Dec 23 | 22,449.30 | | 1,124.38 |
| 12/23 | ACH DEBIT  GO DADDY  WEB ORDER 1519658067  Dec 23 | 28.34 | | 1,096.04 |
| 12/24 | FUNDS TRANSFER  WIRE FROM CALLFO EIGN INC P E LTD  Dec 24 | | 15,000.00 | 16,096.04 |
| 12/24 | FUNDS TRANSFER  WIRE FROM NTS GL BAL PTE LT  Dec 24 | | 21,379.58 | 37,475.62 |
| 12/24 | CBUSOL INTERNATIONAL WIRE OUT | 3,100.00 | | 34,375.62 |
| 12/24 | CBUSOL INTERNATIONAL WIRE OUT | 21,000.00 | | 13,375.62 |

GCI-001063