**EXHIBIT**

GCI 13

8/30/17

PENGAD 800-631-6989

STI PHONE CARD WAREHOUSE

3066

PAY
TO THE
ORDER OF  JAINA SYSTEMS NETWORK INC

DATE  1/4/13

Twenty Five thousand Dollars only      $ 25,000 00

國際銀行
United International Bank

DOLLARS

FOR

NYC-CHOPRA 000369