



NYC-CHOPRA 000373