# STI PHONECARD WAREHOUSE

**43-15 Main Street**
**Flushing, NY 11355**

# Invoice

| Date | Invoice # |
|---|---|
| 9/24/2014 | 300368 |

| Bill To | Ship To |
|---|---|
| TRICOM INTL DISTRIBUTORS<br>2200 B<br>MARCUS AVE<br>NEW YYDE PARK | TRICOM INTL DISTRIBUTORS<br>2200 B<br>MARCUS AVE<br>NEW YYDE PARK |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 9/24/2014 | | | |

| Quantity | Item Code | Description | Price Each | Disc % | Amount |
|---|---|---|---|---|---|
| 4,500 | LY MO RECH | $39 LYCA MOBILE PLUS PREPAIDSIM | 39.00 | | 175,500.00 |
| 700 | SI Card | PREPAID SIM CARD | 10.00 | | 7,000.00 |

|  |  |
|---|---|
| **Total** | $182,500.00 |

Return Policy :
*We do not acccept open or scratched cards
*Closed cards may be returned within 14 days only
*Please allow 14 days to process returns

| Phone # | Fax # | E-mail |
|---|---|---|
| 718-321-9777 | 718-321-9926 | ravi@stinewyork.com |

| | |
|---|---|
| | $182500.00 |
| **Job Total Balance** | $331,000.00 |