# STI PHONECARD WAREHOUSE

43-15 Main Street
Flushing, NY 11355

# Invoice

| Date | Invoice # |
|---|---|
| 10/2/2014 | 300406 |

**Bill To**
TRICOM INTL DISTRIBUTORS
2200 B
MARCUS AVE
NEW YYDE PARK

**Ship To**
TRICOM INTL DISTRIBUTORS
2200 B
MARCUS AVE
NEW YYDE PARK

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 10/2/2014 |  |  |  |

| Quantity | Item Code | Description | Price Each | Disc % | Amount |
|---|---|---|---|---|---|
| 500 | LYCA SIM | $59 LYCA MOBIL PLUS PREPAID SIM | 59.00 |  | 29,500.00 |
| 1,000 | LYCA SIM | $10 LYCA MOBIL PREPAID SIM CARD | 10.00 |  | 10,000.00 |
| 1,000 | LYCA TALK ... | $20 LYCA TALK VOUCHER NY | 19.00 |  | 19,000.00 |
| 1,000 | LYCA TALK V | $10 LYCA TALK VOUCHER | 9.50 |  | 9,500.00 |
| 10,000 | SI Card | STARCITY | 4.45 |  | 44,500.00 |
| 20,000 | SI Card | STARCITY | 1.80 |  | 36,000.00 |

Return Policy :
*We do not acceept open or scratched cards
*Closed cards may be returned within 14 days only
*Please allow 14 days to process returns

| Phone # | Fax # | E-mail |
|---|---|---|
| 718-321-9777 | 718-321-9926 | ravi@stinewyork.com |

**Total** $148,500.00

$148500.00

**Job Total Balance** $331,000.00