UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEO-GROUP COMMUNICATIONS.<br><br>   Plaintiff,<br><br>v.<br><br>RAVI CHOPRA; MAHENDRA SHAH; VIPIN SHAH; 728 MELVILLE PETRO LLC; KEDIS ENTERPRISES LLC; JMVD HILLSIDE LLC; NYC TELECOMMUNICATIONS CORP.; and SHALU SURI,<br><br>   Defendant. | Case No. 15-cv-01756 (KPF) |

## DECLARATION OF HUMAYUN SIDDIQI

HUMAYUN SIDDIQI, pursuant to 28 U.S.C. §1746 states:

1. I am the attorney for Ravi Chopra ("Chopra") and NYC Telecommunications Corp. (NYC Telecommunications") in the above-captioned action. I respectfully submit this declaration in connection with Chopra's and NYC Telecommunications' Motion for Summary Judgement.

2. Attached as Exhibit A hereto is a true and correct copy of the transcript of the Deposition of Surjeet Singh conducted on September 15, 2017.

3. Attached as Exhibit B hereto is a true and correct copy of the transcript of the Deposition of Dalip Kumar conducted on September 15, 2017.

3. Attached as Exhibit C hereto is a true and correct copy of the transcript of the Deposition of Govind Vanjani conducted on September 15, 2017.

4. Attached as Exhibit D hereto is the Third Affidavit of Sanjiv Chand submitted in the above-captioned matter on March 31, 2016 (Docket Document 119).

5.      Attached as Exhibit E hereto is a true and correct copy of the filing receipt for Jaina Network Systems, Inc. issued by the New York State Division of Corporations

6.      Attached as Exhibit F hereto is a true and correct copy of an excerpt from the bank statement of Jaina Network Systems, Inc.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed at: New York, New York
Dated: December 8, 2017

_____
Humayun Siddiqi