# LOREE & LOREE

Attorneys at Law

Philip J. Loree Jr.

November 28, 2018

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   Geo-Group Communications, Inc. v. Chopra et al.,
             No. 15-cv-1756 (KPF) (S.D.N.Y.)

Dear Judge Failla:

We represent Plaintiff Geo-Group Communications, Inc. ("Geo-Group") in the referenced matter.

We received yesterday a copy of the transcript of the November 19, 2018 status conference that the Court held concerning Geo-Group's motions for permission to: (a) move for leave to reassert claims against the dismissed LLC defendants, Sanjiv Chand, and dismissed defendant Mahendra Shah, and for alternative relief; and (b) serve certain limited-in-scope document subpoenas against certain third-parties.

This morning we contacted Southern District Reporters to determine whether the Court had requested a copy of the transcript but learned that it had not. Attached as Exhibit A is a copy of the transcript, a courtesy copy of which we also provided to pro se Defendant Vipin Shah.

On transcript pages 30, line 23; 31, line 13; and 32, lines 5, 7, and 23, the term "LLC"

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

appears. The term I recall using during that portion of the conference (which concerned a proposed subpoena to NRM Holdings) was "LOC," as in "letter of credit," not "LLC," as in "limited liability company."

Respectfully submitted,

Philip J. Loree Jr.


cc: All counsel of Record (via ECF) and Pro Se Parties (via ECF/Email)