UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEO-GROUP COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> VIPIN SHAH, <br><br> Defendant. | 15 Civ. 1756 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's motion for reconsideration. (*See* Dkt. #297-298). Respondents Sanjiv Chand, 728 Melville Petro LLC, Kedis Enterprises LLC, and JMVD Hillside LLC shall file a consolidated opposition on or by November 3, 2020. Plaintiff's reply papers, if any, shall be due on or by November 10, 2020.

SO ORDERED.

Dated: October 13, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge