UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GEO-GROUP COMMUNICATIONS, INC.,

                Plaintiff,

-v.-

RAVI CHOPRA; MAHENDRA SHAH; VIPIN SHAH; 728 MELVILLE PETRO LLC; KEDIS ENTERPRISES LLC; JMVD HILLSIDE LLC; NYC TELECOMMUNICATIONS CORP.; and SHALU SURI,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Index No. 15-cv-01756 (KPF)

**CONDITIONAL STIPULATION AND ORDER OF DISMISSAL OF GEO-GROUP'S CLAIMS AGAINST VIPIN SHAH**

      Plaintiff Geo-Group Communications, Inc. ("Geo-Group") and Defendant Vipin Shah ("V. Shah"), by and through their undersigned counsel, hereby STIPULATE AND AGREE that:

      1.     Geo-Group's Claims against V. Shah are the only remaining claims or counterclaims in this action.

      2.     Trial of those claims was scheduled to begin on July 12, 2021, but the parties reached a settlement of this action at a final pretrial conference held June 30, 2021. By minute entry dated June 30, 2021, the Court adjourned the trial sine die.

      3.     V. Shah is a debtor party to the bankruptcy case styled: *In Re Nayana Vipin Chandra Shah and Vipin Bhogilal Shah*, No. 17-70293 (REG) (E.D.N.Y. Bankr.) (Chapter 7) (the "V. Shah Bankruptcy") and a party to the following Adversary Proceedings pending against V. Shah in the same bankruptcy court: *Geo-Group Communications, Inc. v. Vipin Bhogilal Shah and Mahendra Shah*, No. 17-08129-reg (E.D.N.Y. Bankr.); and *Geo-Group Communications,*

*Inc. v. Mahendra B. Shah and Vipin Bhogilal Shah*, No. 17-08128-reg (E.D.N.Y. Bankr.).  The settlement is conditioned on the Eastern District of New York Bankruptcy Court (the "Bankruptcy Court") entering a final, non-appealable order approving the settlement for purposes of that bankruptcy case and those two adversary proceedings.

4. Geo-Group and V. Shah have executed a settlement agreement, which reduces the settlement to a signed writing (the "Settlement Agreement").

5. Geo-Group and V. Shah have respectfully requested the Court to retain jurisdiction over the Settlement Agreement for purposes of enforcing it and resolving any disputes arising from it. The Court has agreed to retain jurisdiction over the Settlement Agreement for those purposes.

6. Geo-Group and V. Shah are working together to obtain the Bankruptcy Court's approval of the Settlement Agreement.

7. All of Geo-Group's claims against V. Shah in this action are conditionally dismissed with prejudice, subject to the Bankruptcy Court's approval of the Settlement Agreement, and with the Court maintaining jurisdiction over the Settlement Agreement for the purposes described in paragraph 5., above.  Geo-Group and V. Shah shall each bear its own attorney's fees, expenses, and costs.

8. Upon the Bankruptcy Court's approval of the settlement, Geo-Group and V. Shah, shall promptly and jointly inform the Court, and the dismissal shall then become unconditional.

9. In the event the Bankruptcy Court has not, within 60 days from the execution of this Stipulation by Geo-Group and V. Shah, approved the Settlement Agreement, Geo-Group and

V. Shah shall file with the Court a joint status letter informing the Court of the status of their efforts to achieve Bankruptcy-Court approval of the Settlement Agreement, and shall file such further status reports as the Court shall direct.

10. This Stipulation may be signed in counterparts, and signatures evidenced by a facsimile or PDF copy of a signature page shall have the same force and effect as original signatures.

|  THE LOREE LAW FIRM | MANDEL BHANDARI LLP |
|---|---|
| By: _____<br>Philip J. Loree Jr.  (PL-2213)<br>800 Third Avenue, 28th Fl.<br>New York, New York 10022<br>(646) 253-0560<br>(516) 627-1720 (alt.)<br>(516) 941-6094<br>PJL1@LoreeLawFirm.com | By: _____<br>Shomik Ghosh<br>80 Pine Street, 33rd Floor<br>New York, NY 10005<br>(212) 269-5600<br>(203) 285-4398<br>sg@mandelbhandari.com |
| *Attorneys for Plaintiff Geo-Group Communications, Inc.* | *Attorneys for Defendant Vipin Shah* |
| Dated: July ___, 2021 | Dated: July 9, 2021 |

Application GRANTED.  The Court will file the parties' settlement agreement under seal, to be unsealed in the event either party asks the Court to enforce the agreement.  Defendant has consented to electronic service.  (Dkt. #171).

Dated:     July 9, 2021          SO ORDERED.
           New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE