# THE LOREE LAW FIRM

Philip J. Loree Jr.

September 7, 2021

**VIA CM/ECF**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

    Re:    Geo-Group Communications, Inc. ("GCI") v. Chopra, et al, No. 15-cv-1756 (KPF) (S.D.N.Y.)

Dear Judge Failla:

We are counsel for Geo-Group Communications, Inc. ("GCI"), the Plaintiff in the referenced matter. We submit this status letter jointly with counsel for Defendant Vipin B. Shah ("V. Shah"), Shomik Ghosh of Mandel Bhandari LLP.

Paragraph 8 of the Stipulation and Order of Conditional Dismissal (Dk. 330) states that "[u]pon the Bankruptcy Court's approval of the [Geo-Group-V. Shah] settlement, Geo-Group and V. Shah, shall promptly and jointly inform the Court, and the dismissal shall then become unconditional." (Dk. 330 at ¶ 8)

On August 25, 2021, at a hearing on Geo-Group's and V. Shah's joint motion to approve the Geo-Group/V. Shah settlement, the Hon. Robert E. Grossman of the U.S. Bankruptcy Court for the Eastern District of New York granted the motion and directed the parties to submit proposed orders (one for each of the two adversary proceedings). On September 2, 2021, the parties submitted proposed orders.

September 7, 2021

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York

On September 3, 2021, we received from the Bankruptcy Court orders approving the settlement, copies of which are attached as Exhibits A and B.

                                        Respectfully submitted,

                                        Philip J. Loree Jr.

cc:  Mr. Govind Vanjani (via email w/o enc.)
      Shomik Ghosh, Esq. (via CM/ECF)