

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

In re:

VIPIN BHOGILAL SHAH
*dba* Neminath Inc.,
*dba* AMBE Sports Card Inc.,
*dba* AMBE Phone Card Inc.,
*dba* Jaina System Network Inc.,
*dba* Jaina Infrastructure Inc., and

NAYANA VIPIN CHANDRA SHAH,

Debtors

Case No.: 17-70293-REG
Chapter 7
The Honorable Robert E. Grossman

GEO-GROUP COMMUNICATIONS, INC.,

Plaintiff,

v.

VIPIN BHOGILAL SHAH and
MAHENDRA B. SHAH,

Defendants.

Adversary
Proceeding No.: 17- 08129-REG

ORDER APPROVING COMPROMISE SETTLEMENT

This matter is before this Court on the joint motion (the "Motion") of Geo-Group

Communications, Inc. ("Geo-Group"), Nayana Vipin Chandra Shah ("N. Shah") and Vipin

Bhogilal Shah ("V. Shah," collectively with N. Shah, the "Debtors," and together with Geo-

Group, the "Movants"). The Motion requests this Court to enter an Order approving the compromise and settlement by and between V. Shah and Geo-Group (the "Settlement") and is made under paragraph 8 of V. Shah's and Geo-Group's Stipulation (V. Shah Adversary Proceeding, Dk. 8), which the Court so ordered on July 5, 2017, and pursuant to the inherent power of the Court. Proper notice of the Motion has been given, the Court has received no objections to the Motion, no further notice is necessary, and sufficient cause appears for the relief requested.

Accordingly, **THE COURT FINDS THAT:**

1.      This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 & 1334.

2.       This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(1) & (2).

3.      The Settlement is in the best interest of the Debtors' bankruptcy estate and their creditors, and this Court concludes that the Settlement should be approved and implemented.

**IT IS HEREBY ORDERED THAT:**

4.      The Motion is GRANTED in its entirety.

5.      The Settlement is approved in all respects.

6.      The claims Geo-Group has asserted against V. Shah in *Geo-Group Communications, Inc. v. Vipin Bhogilal Shah, et al.*, Adversary Proceeding No. 17-08129-REG, are dismissed with prejudice, with Geo-Group and V. Shah to bear their own costs and attorney's

fees.

7.    The claims Geo-Group has asserted against V. Shah in *Geo-Group*

*Communications, Inc. v. Mahendra B. Shah, et al.*, Adversary Proceeding No. 17-08128-REG,

are dismissed with prejudice, with Geo-Group and V. Shah to bear their own costs and attorney's

fees.

_



**Dated: Central Islip, New York**              **Robert E. Grossman**
      **September 3, 2021**                 **United States Bankruptcy Judge**