

# Geo-Group v. Shah
## Search Terms Report

---

**Terms Summary**

| Terms | Nayana Email nayana13@gmail.com Search Date: 10/27/21 | Vipin Email vipin1029@gmail.com Search Date: 10/27/21 | Nayana iPhone Vipin iPhone Search Date: 11/2/21 |
|---|---|---|---|
| Kedis | 51 | 521 | 5 |
| "JMVD Hillside" | 44 | 349 | 5 |
| "728 Melville" | 47 | 394 | 5 |
| "Williston Park Realty" | 7 | 148 | 0 |
| "235 Hillside" /s (sell! or sale or sold or purchase! or buy or buyer) | 36 | 1,037 | |
| "235 Hillside" w/25 (sell! or sale or sold or purchase! or buy or buyer) | | | 0 |
| Chand | 28 | 295 | 4 |
| Troy | 24 | 537 | 50 |
| Ramirez | 4 | 48 | 1 |
| Bose | 249 | 3,801 | 292 |
| "1414 Hillside" | 6 | 70 | 0 |
| Mariana | 5 | 45 | 1 |
| (Jaina and receivabl!) | 201 | 3,724 | 3 |
| (Jaina and invoice) | 49 | 1,017 | 0 |
| (Jaina and Chopra) | 41 | 563 | 9 |
| (Jaina and "trade note!") | 2 | 180 | 0 |
| (Ipsita and "35 Smith") | 3 | 52 | 0 |
| (Jaina and "payable") | 47 | 663 | 3 |
| (Jaina and 1099) | 16 | 299 | 0 |
| (Jaina and Quickbooks) | 3 | 54 | 0 |
| (Jaina and "general ledger") | 7 | 40 | 0 |
| (Jaina and loan) | 122 | 1,336 | 3 |
| (Jaina and "capital contribution") | 6 | 165 | 0 |
| (Jaina and "paid-in capital") | 17 | 267 | 0 |
| (loan and ("$1,000,000" or "one million")) | 20 | 153 | 2 |
| (Jaina and transfer) | 100 | 1,416 | 4 |
| (Jaina and ("Geo-Group" or GCI)) | 63 | 855 | 4 |
| (loan and "$600,000") | 18 | 232 | 0 |

| | | | |
|---|---:|---:|---:|
| (Neminath and (Jaina or Ipsita or "235 Hillside")) | 62 | 1,178 | 11 |
| (Jaina and ("NYC Telecommunications" or "NYC Telecom")) | 36 | 360 | 5 |
| (Chopra and (NYC Telecommunications" or "NYC Telecom") | 44 | 480 | 6 |
| (Jaina and (STI or "NYC Telecom" or "NYC Telecommunications") | 47 | 592 | 5 |
| (Chopra and STI) | 31 | 306 | 2 |