UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEO-GROUP COMMUNICATIONS, INC., <br><br>    Plaintiff, <br><br> vs. <br><br> RAVI CHOPRA; MAHENDRA SHAH; VIPIN SHAH; 728 MELVILLE PETRO LLC; KEDIS ENTERPRISES LLC; JMVD HILLSIDE LLC; NYC TELECOMMUNICATIONS CORP.; and SHALU SURI, <br><br>    Defendants, | Index No. 15-cv-01756 (KPF) <br><br> Declaration of Nayana Shah |

I, NAYANA SHAH, of full age, hereby swear and declare as follows:

1. I am over 18 years of age.

2. I currently reside in Williston Park, New York with my husband Vipin Shah.

3. I am currently ill and am suffering from lymphatic cancer as well as an auto-immune condition which has substantial impaired my ability to swallow or eat. I am largely wheelchair bound.

4. As of writing, my husband and I have approximately $12,637.36 in our personal bank accounts.

5. My husband and I do not own a computer and use our iPhones for our computing needs.

### Shareholders in Jaina

6. In 2006, I became a shareholder in Jaina Systems Network, Inc ("JSN"). I was granted 50 shares out of the total 200 shares that were issued, making me a 25% shareholder.

7. I have never given up, sold, or alienated any of my shares in JSN, and to this day remain a 25% shareholder in JSN.

8. I have not received any notice that any of the other initial shareholders in JSN—Mahendra Shah, Frank Vella, or Surajit Bose—have given up, sold, or alienated any of their shares, and I understand they all remain 25% shareholders in JSN.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on _____**10/18/22**_____

_____
Nayana Shah