

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEO-GROUP COMMUNICATIONS, INC.,

        Plaintiff,

vs.

RAVI CHOPRA; MAHENDRA SHAH; VIPIN SHAH; 728 MELVILLE PETRO LLC; KEDIS ENTERPRISES LLC; JMVD HILLSIDE LLC; NYC TELECOMMUNICATIONS CORP.; and SHALU SURI,

        Defendants,

Index No. Index No. 15-cv-01756 (KPF)

**Lists Required by Section 1(b)(i) of July 1, 2021 Agreement**

**LIST 1**:
A list of the Names of any individuals or entities that loaned money to Jaina between 2013 and 2015.

Chetan Shah
STI
Vipin Shah
Citibank
Neminath Inc.
Axis Capital, Inc.
Kedis Enterprises
Pooja M. Shah
Nexvoiz Communication
Ravi Chopra
Vision Impex Ltd.
Bipin Shah/Jigna Shah
Surinder Malhotra
iTech Rading
Cellular Wholesale Trading Inc.
Tricom International Distributors
Jitenda Kumar
Hari Om

**LIST 2:**

A list of Jaina's shareholders and their percentage ownership interests as of January 1 of each year from 2012 until 2021.

Frank Vella – 25%
Nayana Shah – 25%
Mahendra Shah – 25%
Surajit Bose – 25%

## LIST 3:

A list of all bank accounts (by bank name and last four digits of account number) used by Jaina, Neminath, Jaina Infrastructure or Ipsita during the period 2012 through 2015.

**JAINA SYSTEMS NETWORK INC.**
Wells Fargo # 4397
Citibank # 5581
Citibank # 8887
Citibank # 5942
Citibank # 0141
Citibank # 1093
Bank of America #2743
Capital One # 4828
Chase # 2084
Chase # 2191
Chase # 7253
Chase # 2282

**JAINA INFRASTRUCTURE INC**:
Wells Fargo # 3589
Capital one # 2310
Citibank # 9484

**NEMINATH**:
Astoria Bank # 9573
Astoria Bank # 9982
HSBC #3924
HSBC #9392
HSBC #9393

**IPSTIA TELECOM SERVICES, INC.**
CitiBank #9492