**Spiro Harrison & Nelson**

**Shomik Ghosh, Esq.**
sghosh@shnlegal.com
250 Greenwich St., 46th Floor
New York, NY 10007

February 16, 2023

**VIA ECF and EMAIL**

Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: GCI v. Shah, No. 15 Civ. 1756 (KPF)

Dear Judge Failla:

As the Court knows, I represent Vipin and Nayana Shah *pro bono* in the above-captioned action. I write regarding GCI's Letter Motion filed on Feburary 16, 2023. Dkt. 391. In that motion, GCI inexplicably states that I represent "M. Shah and V. Shah," with M. Shah later being defined in the letter as Mahendra Shah. Dkt. 391. This is patently incorrect, as Mahendra Shah has never been a client of mine or any firm I have been associated with, nor have I ever had any legal discussion with Mahendra Shah about any matter. Rather, I assume GCI's statement was a typo and GCI intended to write "N. Shah" (for Nayana Shah), which appears evidenced by GCI's listing of Mahendra Shah as a *pro se* party on the last page of its letter-motion. Regardless, to ensure the record is clear on this point, I only represent Vipin and Nayana Shah in this matter, and I have never represented Mahendra Shah in *any* context let alone in this matter.

Respectfully submitted,

Shomik Ghosh
Counsel for Nayana Shah and Vipin Shah